Martha Wahl, Appellant, v. City of Niagara Falls and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Carrie A. Moore, Respondent, v. City of Lockport, Appellant.— Judgment and order affirmed, with costs. All concurred.

Michele Gaudioso, Respondent, v. Lathrop, Shea & Henwood Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Max Bachman, Appellant, v. Horace G. Oliver, as, etc., Defendant. William E. Hoyt, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred; Robson, J., not sitting.

Dunbar & Sullivan Dredging Company, Respondent, v. The Delaware and Hudson Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.